IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:22CR029 |
| ) | |
| MUATA KHALIF, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## AMENDED RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the total amount of **$46,400**, jointly and severally with Shannon McFalls (3:20CR070) to the extent they are ordered to pay restitution to the same victims for the same losses.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victim's name, address, and loss amount are listed in Attachment A to this Restitution Order.

4. Interest:

   ✓ is waived.

   ___ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order, or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ 500.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, Suite 3000, 701 East Broad Street, Richmond, Virginia 23219-3528.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/ REP
Honorable Robert E. Payne
United States District Judge

ENTERED this 26th day of June, 2023.
at Richmond, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

Thomas A. Garnett
Assistant United States Attorney

SEEN AND AGREED:

Muata Khalif
Defendant

Ali J. Amirshahi
Counsel for Defendant

2